UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER JOHN DIAZ-CASTRO,<br><br>Petitioner,<br>v.<br>BRIAN WILLIAMS, *et al.*,<br><br>Respondents. | Case No. 2:23-cv-01508-ART-BNW<br><br>ORDER |

Petitioner Christopher John Diaz-Castro moves for an extension of time to file his first amended petition. (ECF No. 20.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 20) is granted. Petitioner has until January 21, 2025, to file his amended petition.

DATED THIS 31st day of October, 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1