UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER JOHN DIAZ-CASTRO, | Case No. 2:23-cv-01508-ART-BNW |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

In this habeas action, Petitioner Christopher John Diaz-Castro filed a second unopposed motion for a 90-day extension of time to file a first amended petition [ECF No. 22]. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file a first amended petition for writ of habeas corpus (second request) [ECF No. 22] is granted. Petitioner has until April 21, 2025, to file a first amended petition.

DATED THIS 24th day of January 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE