# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER JOHN DIAZ-CASTRO,<br><br>　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　Respondents. | Case No. 2:23-cv-01508-ART-BNW<br><br>ORDER |

　　　　Petitioner Christopher John Diaz-Castro moves for an extension of time to file his first amended petition. (ECF No. 25.) Although Respondents do not oppose a reasonable extension based on workload or medical leave, they object to Diaz-Castro engaging in new investigation in circumvention of Rule 6 of the Governing § 2254 Cases requiring leave to conduct discovery. Diaz-Castro asserts that he is not engaging in formal civil discovery but is conducting a limited investigation related to equitable tolling and/or innocence. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

　　　　It is therefore ordered that Petitioner's third motion for enlargement of time (ECF No. 25) is granted. Petitioner has until June 21, 2025, to file his amended petition.

　　　　DATED THIS 9th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE