# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER JOHN DIAZ-CASTRO, | Case No. 2:23-cv-01508-ART-BNW |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

Respondents move for an extension of time to file their response to the first amended petition. (ECF No. 36.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 36) is granted. Respondents have until November 28, 2025, to file their response.

DATED THIS 12th day of November, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1