UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER JOHN DIAZ-CASTRO, | Case No. 2:23-cv-01508-ART-BNW |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

Petitioner Christopher John Diaz-Castro moves for an extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 48.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 48) is granted. Petitioner has until April 27, 2026, to file his opposition to Respondents' motion to dismiss.

DATED THIS 15th day of April, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1