UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER JOHN DIAZ-CASTRO, Petitioner, v. BRIAN WILLIAMS, *et al.*, Respondents. | Case No. 2:23-cv-01508-ART-BNW<br>ORDER |

Petitioner Christopher John Diaz-Castro moves for an extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 52.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's third unopposed motion for enlargement of time (ECF No. 52) is granted. Petitioner has until August 10, 2026, to file his opposition to Respondents' motion to dismiss.

DATED THIS 24th day of July, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE