UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER JOHN DIAZ-CASTRO,

Petitioner,

v.

BRIAN WILLIAMS, *et al.*,

Respondents.

Case No. 2:23-cv-01508-ART-BNW

ORDER

Petitioner Christopher John Diaz-Castro moves for an extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 54.)

Habeas actions are civil actions under federal practice and are subject to the reporting requirements of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471, *et seq.*[1] Given the age of this case and the length of time the motion to dismiss has been pending, Diaz-Castro will have **a final extension** until **August 31, 2026,** to file his opposition to the motion to dismiss. Given the Court's case management responsibilities under the CJRA, moving forward counsel will be required to prioritize the briefing of the motion to dismiss in this case over later-filed matters.

///

///

///

///

[1] The CJRA provides that each United States District Court must develop a civil justice expense and delay reduction plan to facilitate the deliberate adjudication of civil cases on the merits, monitor and improve litigation management, and reduce cost and delay. *See also* Fed. R. Civ. P. 1 (noting the rules should be implemented to "secure the just, speedy, and inexpensive determination" of each case). The CJRA mandates the early and on-going judicial management of case progress. 28 U.S.C. § 473(a).

It is therefore ordered that Petitioner's fourth unopposed motion for enlargement of time (ECF No. 54) is granted. Petitioner has until August 31, 2026, to file his opposition to Respondents' motion to dismiss.

DATED THIS 15th day of August, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE